**In re DELL INC., Petitioner.**

**Misc. No. 129.**

United States Court of Appeals,
Federal Circuit.

May 24, 2012.

## ON PETITION

## ORDER

Dell Inc. submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to vacate-in-part its May 15, 2012 order and direct the district court to enter a protective order preventing Desmarais LLP from accessing Dell's confidential information.

Upon consideration thereof,

IT IS ORDERED THAT:

Round Rock Research LLC is directed to respond no later than June 11, 2012.

**RANDALL MAY INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**DEG MUSIC PRODUCTS, INC. and Dynasty USA, Defendants–Appellees.**

**No. 2011–1530.**

United States Court of Appeals,
Federal Circuit.

May 29, 2012.

Kainoa Asuega One LLP, of Newport Beach, CA, argued for plaintiff-appellant. On the brief was Peter R. Afrasiabi.

Dennis G. Martin, Blakely, Sokoloff, Taylor & Zafman, LLP, of Los Angeles, CA, argued for defendant-appellee.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**